# United States Court of Appeals for the Federal Circuit

---

**WORLDWIDE DOOR COMPONENTS, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, ENDURA PRODUCTS, INC.,**
*Defendants*

**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendant-Appellant*

---

2023-1532

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00012-TCS, Senior Judge Timothy C. Stanceu.

-------------------------------------------------

**COLUMBIA ALUMINUM PRODUCTS, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES, ENDURA PRODUCTS, INC.,**
*Defendants*

**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendant-Appellant*

---

2023-1534

---

Appeal from the United States Court of International Trade in No. 19-cv-00012-TCS, 1:19-cv-00013-TCS, Senior Judge Timothy C. Stanceu.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 8, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 14, 2024
Date

Jarrett B. Perlow
Clerk of Court